

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00530-CV

**IN RE** Earl **COBB**, Jr., as Next Friend of Berco Rosin and
Meliora Rosin, Minors; and Jeffery I. Rosin
Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Justice
           Rebecca Simmons, Justice
           Steven C. Hilbig, Justice

Delivered and Filed:   August 6, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered the petition for a writ of mandamus filed by relators Earle Cobb, Jr., as next friend of Berco Rosin and Meliora Rosin, and Jeffery I. Rosin, on July 23, 2008, and is of the opinion that relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relators' petition for a writ of mandamus is denied.

Relators shall pay all costs incurred in this proceeding.

The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2004-P-3255, styled *Estate of Bernard Rosin, Deceased*, in the Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer presiding.